BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAY 0 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In Re: Search of:

Office of Ron Calderon
State Capitol, Room 5066,
Sacramento, California

) CASE NO. 2:13-SW-0291 KJN
)
) SEALING ORDER
)
)
)        **SEALED**
)
)
)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search, and that the government may provide copies of the affidavit to other law enforcement officers and attorneys assisting with this investigation.

Dated: May 2, 2013

_____
HON. KENDALL J. NEWMAN
United States Magistrate Judge