BENJAMIN B. WAGNER
United States Attorney
PHILLIP A. TALBERT
First Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF APPLICATION FOR SEARCH WARRANT | CASE NO. 2:13-SW-0291 KJN<br><br>ORDER ON MOTION TO DISCLOSE COPY OF SEALED DOCUMENTS<br><br>**UNDER SEAL** |
|---|---|

**ORDER**

On motion by the United States for an order to disclose a copy of certain sealed documents to the United States Department of Justice Office of the Inspector General (OIG), and full consideration having been given to the matters set forth herein, including the Declaration of Zachary L. Shroyer, Special Agent with the OIG, the Court finds as follows:

There is good and sufficient cause to order that disclosure of a color copy of the sealing order, application for sealing order, and application for search warrant filed under seal in case number 2:13-SW-0291 KJN be made to the OIG for use in its investigation into an unauthorized disclosure of the affidavit filed under seal in support of said search warrant application.

IT IS HEREBY ORDERED that the Clerk of the Court provide the United States, for delivery to the OIG, a color photocopy of the sealing order, application for sealing order, and application for search warrant filed under seal in case number 2:13-SW-0291 KJN. IT IS FURTHER ORDERED that the

Motion to Disclose Copy of Sealed Documents, the supporting Declaration of Zachary L. Shroyer, and this Order be filed under seal.

Dated: JAN 29, 2014

HON. KENDALL J. NEWMAN
United States Magistrate Judge